UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DENNIS MANN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 4:22-cv-00113-SEB-KMB |
| CORYDON POLICE CHIEF MATT KITTERMAN, in his official capacity and OFFICER MICHAEL ANDRY, in his individual and official capacities, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER DISMISSING CAUSE OF ACTION

The Plaintiff, Dennis Mann, having placed this Court on notice that final settlement in this matter has been achieved, having filed his Motion to Dismiss, and this Court being duly advised now GRANTS Plaintiff's Motion to Dismiss this cause of action.

IT IS HEREBY ORDERED, ADJUDGED & DECREED that this MATTER be DISMISSED, with prejudice, costs paid.

SO ORDERED this 11th day of April, 2023.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF